**IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ANTHONY REGO, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) **Case No.: 1:15-cv-11930-JCB** |
| | ) |
| ROCKYPOINT CAPITAL, LLC, | ) |
| | ) |
| Defendant | ) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Anthony Rego, voluntarily dismisses his Complaint without prejudice.

Dated: September 23, 2015       BY: */s/ Craig Thor Kimmel*
                                Craig Thor Kimmel, Esquire
                                BBO# 662924
                                Kimmel & Silverman, P.C
                                30 East Butler Pike
                                Ambler, PA 19002
                                Phone: (215) 540-8888
                                Facsimile: (215) 540-8817
                                Email: kimmel@creditlaw.com
                                *Attorney for Plaintiff*

**Certificate of Service**

I hereby certify that on this 23rd day of September, 2015, a true and correct copy of the foregoing pleading served via mail to the below:

Raul Mangal
President and CEO
Rocky Point Capital
P.O. Box 22355
Tampa FL 33622
raul@rockypointcapital.com

               BY: */s/ Craig Thor Kimmel*
                  Craig Thor Kimmel, Esquire
                  BBO# 662924
                  Kimmel & Silverman, P.C
                  30 East Butler Pike
                  Ambler, PA 19002
                  Phone: (215) 540-8888
                  Facsimile: (215) 540-8817
                  Email: kimmel@creditlaw.com
                  *Attorney for Plaintiff*